AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| JOHN FITZPATRICK McCARROLL | ) Case No. 23-00169-TFM |
| a/k/a Juvie, a/k/a LJ | ) |
|  | ) FBI |
|  | ) 11588762  **SEALED CASE** |
| *Defendant* | 2303-0826-0885-J |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  JOHN FITZPATRICK McCARROLL    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO COMMIT MURDER FOR HIRE(1)
MURDER FOR HIRE(2)
MURDER FOR HIRE(5)
TAMPERING WITH A WITNESS(7)

Date:  8/25/2023

*Melanie Paulk*
*Issuing officer's signature*  Deputy Clerk

City and state:  Mobile, AL

**CHARLES R. DIARD, JR.**
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 08/25/2023, and the person was arrested on *(date)* 09/27/2023 at *(city and state)* Mobile, AL. |
| Date: 09/27/2023    *Andrea Jenkins*
*Arresting officer's signature*

Andrea Jenkins, IA on behalf of the FBI
*Printed name and title* |