IN The United States District Court For The Southern District

of Alabama Southern Division

United State of American )
) Case No. CR-23-169-TFM
V. )
John F. McCarroll Jr )

## Motion to dismiss

Comes now The undersigned and respectfully files This motion to dismiss in The above styled matter in support of This motion The undersigned offers The following fact's and grounds.

1. On April of 2023 of count 1,2 co-defendent Reginald Flucker wrote and sign a sworn Affidavite Notarize by mobile county Jail house offical That I mr McCarroll had no Involment in The bank night Life murder That took place on 9/18/22. A bond hearing was held in state court on June 12, 2023 where district attorney and detective stated and agreed Flucker was not force or Threathen to write The Affidavite Also at The time of The written affidavite Flucker was held in protected custody docm at mobile county Jail.

1out4    pg1

2. I mr McCarroll challenge Federal prosecuter's due to lack of evidence and Failure to prove each and every element to murder-for-hire beyond the reasonable doubt numbered 3 element to murder-for-hire stat's "That anything of pecuniary value was recieved or promised of agreed to agreed to be paid as consideration for the murder" prosecuter's Fail to prove this element beyond the reasonable doubt in the conspiracy alleged in count 1 and the substantive crimes of murder for hire in count 2 and 5 Federal prosecuter's are only relaying on conflicting testimony From Reginald Flucker who sign a sworn Affidavite and a CI by the name of Johnathan Thomas. Reginald Flucker stated at the time of the shooting he was staying with Johnathan Thomas and also he didn't recieve any money or payment from me mr McCarroll For the shooting which coinsides with Flucker Affidavit instead made claim's Johnathan Thomas paid him a hundred dollar's for the shooting. Federal prosecuter's also Failed to show any evidence to prove the number 1 and 2 element's of murder-for-hire which stat's "That the defendent at or about the time charged in the indictment traveldor caused another to travel in interstate commerce or used or caused another to use the mail or any facility in interstate or foreign commerce and that the travel or use of the mail or interstate facility was done with the <u>Intent</u> That a murder be committed in violation of the laws of any state or the United State.

3. On or about october 2023 The prosecuter's The court's and all co-defendent's attorney's including my previous attorney mr madden I ask to withdraw from my case approached me on oct. 19 with a waiver I was ask to sign after my name was already called for court leaving me to meet with him 1 to 2 minute to make a decesion which I immediate decline and said no which show why i never signed a waiver for The agreed trail term of Oct 2024 That The court prosecuter's and other's co-defendent's attorney agreed appond. Mr Madden to Furthard The conversation by telling me That I didn't have to sign but if we lose trail it would be my Fault because I didn't allow him time to go over my case so with me being confused on what to do with time ticking to get in court mr madden ask me would I sign a June waiver which was not agreed appond by court's and all attorneys because he could not be ready for any trail date set before June due to matter's he had already set for spring These statement's which mr madden also expressed in A Letter he wrote me in escambia county Jail shows me That mr madden took my case knowing That he couldn't be ready to protect my 6 addmendment consitutional

pg 3

right to A Fast and speedy trail mr madden clearly relied on my constutional right's for his own matter's he expressed in his letter and to make The Court's aware of his matter's he had in spring 2024 under The State law 18.U.S.C 3161 (8)(A). "The goverment should never rely on a defendent unilateral waiver of his right under The Act. The goverment should make sure That The Judge enters an "Ends of Justice" and That he set forth his reason For doing so. do to The violation of my 6 admendment Contutional right being violated and being provided incenfficent consel by The United state goverment I Ask That The Honorable court's and Judge terry F. moore dismisses indictment CR-23-169-TFM

## Certificate of Service

I hereby certify That on January 21.2024 I handwritten filled The Foregoing with The clerk of The Court's clerk may provide all party's That desire with Copy

John McCowll Jr

pg 4

John McCarroll
316 Court St
Escambia AL, 36426



Federal court house
155 Saint Joseph st.
mobile, AL 36602

23 JAN 2024 PM 4 L
MONTGOMERY AL 360

