

# SHARLA KNOX

**CIRCUIT CLERK**

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927 36644-2927

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                    )          IN THE CIRCUIT COURT

MORRIS, BARRON_____)          STATE OF ALABAMA

CASE NO:  CC-2022-000661.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4ᵀᴴ day of __OCTOBER,_____2024

_____
Clerk, Circuit Court, Mobile County, Alabama
By: TIC

```
ACRO372             ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2022 000661.00
OPER: BRE                    CASE ACTION SUMMARY
PAGE:    1                  CIRCUIT   CRIMINAL                RUN DATE: 03/22/2022
=========================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                              JUDGE: SWP

STATE  OF  ALABAMA                    VS     MORRIS BARRON MONTEZ
                                             8070 PLEASANT CIRCLE S
CASE: CC 2022 000661.00
                                             CITRONELLE, AL  36522 0000

DOB: 11/03/2001          SEX: M  RACE: B  HT: 5 06  WT: 155   HR: BLK EYES: BRO
SSN: 421535521   ALIAS NAMES:
=========================================================================
CHARGE01: MURDER CAPITAL-ROBBE CODE01: CM02   LIT: MURDER CAPITAL  TYP: F #: 001
CHARGE02: DISCHARGE GUN OCC BL CODE02: DSF1                        TYP: F #: 001
CHARGE03: DISCHARGE GUN OCC BL CODE03: DSF1                        TYP: F #: 001
CHARGE04: ASSAULT 2ND DEGREE   CODE04: ASS2                        TYP: F #: 001
CHARGE05: ASSAULT 2ND DEGREE   CODE05: ASS2                        TYP: F #: 001
OFFENSE DATE: 10/19/2020                 AGENCY/OFFICER: 002015J J NETTL

DATE WAR/CAP ISS:                        DATE ARRESTED: 12/09/2020
DATE    INDICTED: 02/18/2022             DATE    FILED: 02/18/2022
DATE   RELEASED:                         DATE  HEARING:
BOND      AMOUNT:             $.00 N     SURETIES:

DATE 1:            DESC:                  TIME: 0000
DATE 2:            DESC:                  TIME: 0000

TRACKING NOS: DC 2020 010031 00  /  DC 2020 010033 00  /  DC 2020 010036 00
DF/ATY:                          TYPE:                        TYPE:

                  00000                        00000

PROSECUTOR: RICH ASHLEY MOONEY

=========================================================================
OTH CSE: DC202001003100 CHK/TICKET NO: M20-10-2467    GRAND JURY: 389
COURT REPORTER:                    SID NO:    000000000
DEF STATUS: JAIL                   DEMAND:                      OPER: BRE

NOTE: 5 CT INDICT: DC20-10035
=========================================================================
DATE            ACTIONS,  JUDGEMENTS,  AND  NOTES
=========================================================================
```

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2022 000661.00 00
S. WESLEY PIPES

```
--------------------------------------------------------------------------------
           IN THE CIRCUIT COURT OF MOBILE COUNTY
                                       COURT ORI: 002015 J
--------------------------------------------------------------------------------
  STATE OF ALABAMA    VS.                  DC NO: DC 2020 010031.00
  MORRIS BARRON MONTEZ        AKA:         G J: 389
  8070 PLEASANT CIRCLE S      AKA:         SSN: 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
  CITRONELLE  AL  36522                    SID: 000000000
                                           AIS:
--------------------------------------------------------------------------------
  DOB:  11/03/2001   SEX: M   HT: 5 06     WT: 155   HAIR: BLK   EYE: BRO
  RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: _____ FEATURES: _____
--------------------------------------------------------------------------------
  DATE OFFENSE: 10/19/2020   ARREST DATE: 12/09/2020   ARREST ORI: 002015J
--------------------------------------------------------------------------------
  CHARGES @ CONV   CITES            CT CL COURT ACTION          CA DATE
  MURDER CAPITAL-ROB 13A-005-040(A)( 01 A  NOL PRS/DA MOTION    08/14/2023
  DISCHARGE GUN OCC  13A-011-061(B)  01 B  NOL PRS/DA MOTION    08/14/2023
  DISCHARGE GUN OCC  13A-011-061(B)  01 B  NOL PRS/DA MOTION    08/14/2023
  ASSAULT 2ND DEGREE 13A-006-021     01 C  NOL PRS/DA MOTION    08/14/2023
  ASSAULT 2ND DEGREE 13A-006-021     01 C  NOL PRS/DA MOTION    08/14/2023
--------------------------------------------------------------------------------
  JUDGE: S. WESLEY PIPES              PROSECUTOR: BLACKWOOD KEITH MARVIN
--------------------------------------------------------------------------------
  PROBATION APPLIED    GRANTED   DATE      REARRESTED DATE  REVOKED   DATE
  ( )Y( )N _____    ( )Y( )N _____   ( )Y( )N _____ ( )Y( )N _____
--------------------------------------------------------------------------------
  15-18-8, CODE OF ALA 1975  IMPOSED   SUSPENDED   TOTAL       JAIL CRED
  ( )Y (X)N  CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000 00-00-000
             PROBATION:   00-0000-000 00-0000-000 00-0000-000
  DATE SENTENCED: 08/14/2023                SENTENCE BEGINS: 00/00/0000
--------------------------------------------------------------------------------
  PROVISIONS                   COSTS/RESTITUTION       DUE        ORDERED

                               RESTITUTION           $0.00        $0.00
                               ATTORNEY FEE          $0.00        $0.00
                               CRIME VICTIMS         $0.00        $0.00
                               COST                  $0.00        $0.00
                               FINE                  $0.00        $0.00
                               MUNICIPAL FEES        $0.00        $0.00
                               DRUG FEES             $0.00        $0.00
                               ADDTL DEFENDANT       $0.00        $0.00
                               DA FEES               $0.00        $0.00
                               COLLECTION ACCT       $0.00        $0.00
                               JAIL FEES             $0.00        $0.00
                               CADM FEES             $0.00        $0.00
                               BAIL FEES             $0.00        $0.00

                               TOTAL                 $0.00        $0.00
--------------------------------------------------------------------------------
  APPEAL DATE        SUSPENDED         AFFIRMED          REARREST

  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____
--------------------------------------------------------------------------------
  REMARKS:                      THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.
  NOLLE PROSSED.


                                      Sharla Knox

                                SHARLA KNOX
                                08/17/2023
--------------------------------------------------------------------------------
PREPARED: 08/17/2023  BY: LIR
```

DOCUMENT 40

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000661.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA )

)

V. ) Case Nos.: CC-2019-004514.00
) CC-2022-000408.00
) CC-2022-000409.00
) CC-2022-000661.00
) CC-2023-002272.00
)
MORRIS BARRON )
Defendant. )

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

DOCUMENT 40

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ CHARLES GRADDICK for
**S. WESLEY PIPES**
**CIRCUIT JUDGE**



# SHARLA KNOX

**CIRCUIT CLERK**

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA            )         IN THE CIRCUIT COURT

MORRIS, BARRON_____ )         STATE OF ALABAMA

CASE NO:  CC-2022-000408.00_____ )

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____2024

Clerk, Circuit Court, Mobile County, Alabama
By: TIC

```
ACR0372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2022 000408.00
OPER: BRE                    CASE ACTION SUMMARY
PAGE:   1                    CIRCUIT  CRIMINAL                  RUN DATE: 03/07/2022
================================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                  JUDGE: MAY

STATE  OF  ALABAMA                       VS      MORRIS BARRON
                                                 3314 FIRST AVE
CASE: CC 2022 000408.00
                                                 MOBILE, AL  36607 0000

DOB: 11/03/2001          SEX: M  RACE: B  HT: 5 06  WT: 165   HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
================================================================================
CHARGE01: INDECENT EXPOSURE    CODE01: INEX  LIT: INDECENT EXPOS TYP: M #: 001
OFFENSE DATE: 11/19/2021               AGENCY/OFFICER: 002015J CO Y AV

DATE WAR/CAP ISS:                      DATE ARRESTED: 01/13/2022
DATE     INDICTED:                     DATE    FILED: 02/25/2022
DATE    RELEASED:                      DATE  HEARING:
BOND       AMOUNT:         $500.00           SURETIES:

DATE 1:          DESC:                  TIME: 0000
DATE 2:          DESC:                  TIME: 0000

TRACKING NOS: DC 2022 000371 00  /                    /

DF/ATY:                                 TYPE:                        TYPE:

                 00000                            00000

PROSECUTOR: RICH ASHLEY MOONEY
                                              District Appeal
================================================================================
OTH CSE: DC202200037100 CHK/TICKET NO: S21-12-0237      GRAND JURY:
COURT REPORTER:                 SID NO:  000000000
DEF STATUS: JAIL                DEMAND: Y                    OPER: BRE
NOTE: HAS CC2022-409
================================================================================
DATE          ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

DOCUMENT 33

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2022 000408.00 00
S. WESLEY PIPES

---

IN THE CIRCUIT COURT OF MOBILE COUNTY
COURT ORI: 002015 J

STATE OF ALABAMA        VS.                DC NO: DC 2022 000371.00
MORRIS BARRON                   AKA:       G J:
3314 FIRST AVE                  AKA:       SSN: 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
MOBILE  AL  36607                          SID: 000000000
                                           AIS:

DOB: 11/03/2001  SEX: M  HT: 5 06    WT: 165  HAIR: BLK  EYE: BRO
RACE: ( )W (X)B ( )O  COMPLEXION: _____ AGE: _____ FEATURES: _____

DATE OFFENSE: 11/19/2021  ARREST DATE: 01/13/2022  ARREST ORI: 002015J

CHARGES @ CONV       CITES          CT CL COURT ACTION          CA DATE
INDECENT EXPOSURE    13A-006-068    01 A  NOL PRS/DA MOTION    08/14/2023

JUDGE: S. WESLEY PIPES            PROSECUTOR: BLACKWOOD KEITH MARVIN

PROBATION APPLIED   GRANTED   DATE       REARRESTED DATE  REVOKED  DATE
( )Y ( )N _____   ( )Y ( )N _____    ( )Y ( )N _____ ( )Y ( )N _____

15-18-8, CODE OF ALA 1975  IMPOSED     SUSPENDED      TOTAL      JAIL CRED
( )Y (X)N  CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000 00-00-000
           PROBATION:   00-0000-000 00-0000-000 00-0000-000
DATE SENTENCED: 08/14/2023            SENTENCE BEGINS: 00/00/0000

PROVISIONS                     COSTS/RESTITUTION         DUE      ORDERED

                               RESTITUTION             $0.00      $0.00
                               ATTORNEY FEE            $0.00      $0.00
                               CRIME VICTIMS           $0.00      $0.00
                               COST                    $0.00      $0.00
                               FINE                    $0.00      $0.00
                               MUNICIPAL FEES          $0.00      $0.00
                               DRUG FEES               $0.00      $0.00
                               ADDTL DEFENDANT         $0.00      $0.00
                               DA FEES                 $0.00      $0.00
                               COLLECTION ACCT         $0.00      $0.00
                               JAIL FEES               $0.00      $0.00
                               CADM FEES               $0.00      $0.00
                               BAIL FEES               $0.00      $0.00

                               TOTAL                   $0.00      $0.00

APPEAL DATE       SUSPENDED        AFFIRMED          REARREST

( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
                                  FROM OFFICIAL COURT RECORDS
NOLLE PROSSED.                    AND IS TRUE AND CORRECT.

                                  _____
                                  SHARLA KNOX
                                  08/17/2023

PREPARED: 08/17/2023  BY: LIR



ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000408.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA            )

                            )

V.                          )  Case Nos.:  CC-2019-004514.00
                            )              CC-2022-000408.00
                            )              CC-2022-000409.00
                            )              CC-2022-000661.00
                            )              CC-2023-002272.00
                            )
MORRIS BARRON               )
Defendant.                  )

# ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ **CHARLES GRADDICK for**
**S. WESLEY PIPES**
**CIRCUIT JUDGE**



# SHARLA KNOX

## CIRCUIT CLERK

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                          )          IN THE CIRCUIT COURT

MORRIS, BARRON_____ )          STATE OF ALABAMA

CASE NO:  CC-2022-000409.00_____ )

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____ 2024

_____
Clerk, Circuit Court, Mobile County, Alabama
By: TIC

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2022 000409.00
OPER: BRE                      CASE ACTION SUMMARY
PAGE:    1                     CIRCUIT    CRIMINAL              RUN DATE: 03/07/2022
==============================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                    JUDGE: MAY

STATE   OF   ALABAMA                     VS      MORRIS BARRON
                                                 3314 FIRST AVE
CASE: CC 2022 000409.00
                                                 MOBILE, AL  36607 0000

DOB: 11/03/2001         SEX: M  RACE: B  HT: 5 06  WT: 165    HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
==============================================================================
CHARGE01: INDECENT EXPOSURE      CODE01: INEX  LIT: INDECENT EXPOS TYP: M #: 001
OFFENSE DATE: 11/19/2021                 AGENCY/OFFICER: 0020000 CO N BR

DATE WAR/CAP ISS:                        DATE ARRESTED: 01/13/2022
DATE     INDICTED:                       DATE     FILED: 02/25/2022
DATE    RELEASED:                        DATE  HEARING:
BOND      AMOUNT:              $.00            SURETIES:

DATE 1:              DESC:               TIME: 0000
DATE 2:              DESC:               TIME: 0000

TRACKING NOS: DC 2022 000370 00  /                    /

DF/ATY:                          TYPE:                          TYPE:

              00000                            00000

PROSECUTOR: RICH ASHLEY MOONEY
```

District Appeal

```
==============================================================================
OTH CSE: DC202200037000 CHK/TICKET NO: S21-12-0237    GRAND JURY:
COURT REPORTER:                      SID NO:    000000000
DEF STATUS: JAIL                     DEMAND: Y                    OPER: BRE
NOTE: HAS CC2022-408
==============================================================================
DATE          ACTIONS,   JUDGEMENTS,   AND   NOTES
==============================================================================
```

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2022 000409.00 00
S. WESLEY PIPES

```
-----------------------------------------------------------------------
               IN THE CIRCUIT COURT OF MOBILE COUNTY
                                       COURT ORI: 002015 J
-----------------------------------------------------------------------
 STATE OF ALABAMA        VS.            DC NO: DC 2022 000370.00
 MORRIS BARRON                AKA:      G J:
 3314 FIRST AVE              AKA:       SSN: 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
 MOBILE AL 36607                        SID: 000000000
                                        AIS:
-----------------------------------------------------------------------
 DOB: 11/03/2001   SEX: M   HT: 5 06   WT: 165  HAIR: BLK   EYE: BRO
 RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____
-----------------------------------------------------------------------
 DATE OFFENSE: 11/19/2021  ARREST DATE: 01/13/2022  ARREST ORI: 0020000
-----------------------------------------------------------------------
 CHARGES @ CONV     CITES         CT CL COURT ACTION          CA DATE
 INDECENT EXPOSURE  13A-006-068   01 A  NOL PRS/DA MOTION   08/14/2023
-----------------------------------------------------------------------
 JUDGE: S. WESLEY PIPES           PROSECUTOR: BLACKWOOD KEITH MARVIN
-----------------------------------------------------------------------
 PROBATION APPLIED    GRANTED   DATE     REARRESTED DATE  REVOKED  DATE
 ( )Y ( )N            ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N
-----------------------------------------------------------------------
 15-18-8, CODE OF ALA 1975    IMPOSED   SUSPENDED    TOTAL    JAIL CRED
 ( )Y (X)N   CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000 00-00-000
             PROBATION:   00-0000-000 00-0000-000 00-0000-000
 DATE SENTENCED: 08/14/2023             SENTENCE BEGINS: 00/00/0000
-----------------------------------------------------------------------
 PROVISIONS                  COSTS/RESTITUTION       DUE      ORDERED

                             RESTITUTION           $0.00       $0.00
                             ATTORNEY FEE          $0.00       $0.00
                             CRIME VICTIMS         $0.00       $0.00
                             COST                  $0.00       $0.00
                             FINE                  $0.00       $0.00
                             MUNICIPAL FEES        $0.00       $0.00
                             DRUG FEES             $0.00       $0.00
                             ADDTL DEFENDANT       $0.00       $0.00
                             DA FEES               $0.00       $0.00
                             COLLECTION ACCT       $0.00       $0.00
                             JAIL FEES             $0.00       $0.00
                             CADM FEES             $0.00       $0.00
                             BAIL FEES             $0.00       $0.00

                             TOTAL                 $0.00       $0.00
-----------------------------------------------------------------------
 APPEAL DATE      SUSPENDED       AFFIRMED          REARREST
 ( )Y ( )N _____  ( )Y ( )N _____ ( )Y ( )N _____   ( )Y ( )N _____
-----------------------------------------------------------------------
 REMARKS:                   THIS IS TO CERTIFY THAT THE
                            ABOVE INFORMATION WAS EXTRACTED
                            FROM OFFICIAL COURT RECORDS
                            AND IS TRUE AND CORRECT.
 NOLLE PROSSED.

                               Sharla Knox

                            SHARLA KNOX
                            08/17/2023
-----------------------------------------------------------------------
PREPARED: 08/17/2023  BY: LIR
```

DOCUMENT 39

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000409.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA                )

                                )

V.                              ) Case Nos.:   CC-2019-004514.00
                                )              CC-2022-000408.00
                                )              CC-2022-000409.00
                                )              CC-2022-000661.00
                                )              CC-2023-002272.00
                                )
MORRIS BARRON                   )
Defendant.                      )


## ORDER


Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

                              **/s/ CHARLES GRADDICK for**
                              **S. WESLEY PIPES**
                              **CIRCUIT JUDGE**



# SHARLA KNOX
## CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA     )    IN THE CIRCUIT COURT

MORRIS, BARRON_____)    STATE OF ALABAMA

CASE NO:  CC-2023-002272.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM          CASE: CC 2023 002272.00
OPER: BRE                        CASE ACTION SUMMARY
PAGE:   1                         CIRCUIT  CRIMINAL                  RUN DATE: 07/07/2023
==================================================================================
                                                                          JUDGE: SWP
IN THE CIRCUIT COURT OF MOBILE COUNTY
STATE  OF  ALABAMA                          VS      MORRIS BARRON MONTEZ
                                                    8070 PLEASANT CIRCLE S
CASE: CC 2023 002272.00
                                                    CITRONELLE, AL  36522 0000

DOB: 11/03/2001          SEX: M RACE: B HT: 5 06 WT: 155    HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
==================================================================================
CHARGE01: MURDER CAPITAL-ROBBE CODE01: CM02   LIT: MURDER CAPITAL   TYP: F #: 001
CHARGE02: MURDER CAPITAL-VEH F CODE02: CM17                         TYP: F #: 001
CHARGE03: ATTEMPT - MURDER     CODE03: MURDA                        TYP: F #: 001
CHARGE04: DISCHARGE GUN OCC BL CODE04: DS91                         TYP: F #: 001
CHARGE05: ASSAULT 2ND DEGREE   CODE05: AS82                         TYP: F #: 001
OFFENSE DATE: 10/19/2020                AGENCY/OFFICER: 002015J J NETTL

DATE WAR/CAP ISS:                       DATE ARRESTED: 12/09/2020
DATE     INDICTED: 06/16/2023           DATE   FILED: 06/16/2023
DATE     RELEASED:                      DATE HEARING:
BOND     AMOUNT:              $.00 N         SURETIES:

DATE 1:                DESC:              TIME: 0000
DATE 2:                DESC:              TIME: 0000

TRACKING NOS:                     /                        /

DF/ATY:                             TYPE:                            TYPE:

                       00000                        00000

PROSECUTOR: BLACKWOOD KEITH MARVIN

==================================================================================
OTH CSE:   000000000000 CHK/TICKET NO:                   GRAND JURY: 265
COURT REPORTER:                      SID NO:      000000000
DEF STATUS: JAIL              DEMAND:                        OPER: BRE
NOTE: REINDICTMENT: CC22-661
==================================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==================================================================================
```

ACR359                         ALABAMA JUDICIAL DATA CENTER              Transcript #: 00748546
                               DOCUMENT 2
                                    MOBILE COUNTY                        Status:    Accepted
                               TRANSCRIPT OF RECORD
                               CONVICTION REPORT
                                                                         0200CC2023002272.00

| CIRCUIT COURT OF MOBILE COUNTY | | | COURT ORI: 002015J | | |
|---|---|---|---|---|---|

| STATE OF ALABAMA VS. | ALIAS: | | DC NO: | |
|---|---|---|---|---|
| MORRIS, BARRON MONTEZ | ALIAS: | | GJ: | 265 |
| 8070 PLEASANT CIRCLE S | AIS: | | SSN: | 421535521 |
| CITRONELLE    AL 36522 | SID: | | | |

| DOB:  11/3/2001 | SEX:  M | HT:  5 ft 6 in | WT:  155 lbs | HAIR: BLK | EYE: BRO |
|---|---|---|---|---|---|
| RACE:  B | COMPLEXION: | | AGE:  19 | FEATURES: | |

| DATE OF OFFENSE: 10/19/2020 | | ARREST DATE: 12/9/2020 | | ARREST ORI: 002015J | |
|---|---|---|---|---|---|

| # | CHARGES AT CONVICTION | UDCS | STATUE | COUNTS | CLASS | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|---|
| 1 | MURDER - INTENTIONAL | | 13A-006-002(A)(1) | 001 | A | Guilty Plea | 8/14/2023 |
| 2 | MURDER CAPITAL-VEH FR OUTSIDE | | 13A-005-040(A)(17) | 001 | A | Nol Prossed | 8/14/2023 |
| 3 | ATTEMPT - MURDER | | 13A-004-002 | 001 | A | Nol Prossed | 8/14/2023 |
| 4 | DISCHARGE GUN OCC BLDG/VEHICLE | | 13A-011-061(B) | 001 | B | Nol Prossed | 8/14/2023 |
| 5 | ASSAULT 2ND DEGREE | | 13A-006-021 | 001 | C | Nol Prossed | 8/14/2023 |

| JUDGE: | | PROSECUTOR:   BLACKWOOD KEITH MARVIN | |
|---|---|---|---|

| 15-18-8, CODE OF ALA 1975 | Charge 1 | IMPOSED Y \| M \| D | SUSPENDED Y \| M \| D | TOTAL Y \| M \| D | JAIL CREDIT Y \| M \| D |
|---|---|---|---|---|---|
| NO | Confinement | 20 \| 0 \| 0 | 0 \| 0 \| 0 | 20 \| 0 \| 0 | 2 \| 8 \| 6 |
| | Probation | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 |
| | Enhancement | 0 \| 0 \| 0 | | | |
| | | Date Sentenced  8/14/2023 | | Sentence Begins  8/14/2023 | |
| | Tech VIO | Prob Applied    N/A | | Prob Granted    N/A | |
| | N/A | Prob Revoked    N/A | | Rearrested    N/A | |

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Penitentiary | TOTAL | $6,965.00 | $6,965.00 |

| APPEAL DATE | SUSPENDED DATE | AFFIRMED DATE | REARREST DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| CLERK REMARKS: | DOC REMARKS: |
|---|---|
| Deft is ordered to pay restitution. | AM-334739-WILLIAM E DONALDSON CORRECTIONAL FACILITY-TG |

| OPERATOR:   Lisa.Razor | THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT. |
|---|---|
| PREPARED:   11/30/2023 10:44:42 AM | |
| | /S/ SHARLA KNOX |

SHARLA KNOX                         12/18/2023

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2023-002272.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA         )

                                )

V.                        )  Case Nos.:  CC-2019-004514.00

                                )                  CC-2022-000408.00

                                )                  CC-2022-000409.00

                                )                  CC-2022-000661.00

                                )                  CC-2023-002272.00

                                )

MORRIS BARRON          )

Defendant.              )

# ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ **CHARLES GRADDICK for**
**S. WESLEY PIPES**
**CIRCUIT JUDGE**

DOCUMENT 1

ELECTRONICALLY FILED
11/29/2023 4:02 PM
02-CC-2023-002272.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case No.:   CC-2023-002272.00 |
| | ) |
| MORRIS BARRON MONTEZ | ) |
| Defendant. | ) |

## ORDER

The State submitted a restitution affidavit to the court on September 18, 2023.

Defendant is ordered to pay restitution in the amount of $6,165 to the Circuit Clerk's office. Restitution is to be disbursed to Alicia Campbell, 608 Azalea Road, Apt. 506, Mobile, AL 36609.

**DONE this 29th day of November, 2023.**

/s/ S. WESLEY PIPES
**CIRCUIT JUDGE**

DOCUMENT 10

**ALABAMA JUDICIAL DATA CENTER**
**MOBILE COUNTY**
**TRANSCRIPT OF RECORD**
**CONVICTION REPORT**

Transcript #: 00748546
Status:    Accepted

0200CC2023002272.00

| CIRCUIT COURT OF MOBILE COUNTY | COURT ORI: | 002015J |
|---|---|---|

| STATE OF ALABAMA VS. | ALIAS: | DC NO: | |
|---|---|---|---|
| MORRIS, BARRON MONTEZ | ALIAS: | GJ: | 265 |
| 8070 PLEASANT CIRCLE S | AIS: | SSN: | 421535521 |
| CITRONELLE    AL 36522 | SID: | | |

| DOB: 11/3/2001 | SEX: M | HT: 5 ft 6 in | WT: 155 lbs | HAIR: BLK | EYE: BRO |
|---|---|---|---|---|---|
| RACE: B | COMPLEXION: | | AGE: 19 | FEATURES: | |

| DATE OF OFFENSE: 10/19/2020 | ARREST DATE: 12/9/2020 | ARREST ORI: 002015J |
|---|---|---|

| # | CHARGES AT CONVICTION | UDCS | STATUE | COUNTS | CLASS | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|---|
| 1 | MURDER - INTENTIONAL | | 13A-006-002(A)(1) | 001 | A | Guilty Plea | 8/14/2023 |
| 2 | MURDER CAPITAL-VEH FR OUTSIDE | | 13A-005-040(A) (17) | 001 | A | Nol Prossed | 8/14/2023 |
| 3 | ATTEMPT - MURDER | | 13A-004-002 | 001 | A | Nol Prossed | 8/14/2023 |
| 4 | DISCHARGE GUN OCC BLDG/VEHICLE | | 13A-011-061(B) | 001 | B | Nol Prossed | 8/14/2023 |
| 5 | ASSAULT 2ND DEGREE | | 13A-006-021 | 001 | C | Nol Prossed | 8/14/2023 |

| JUDGE: | PROSECUTOR: BLACKWOOD KEITH MARVIN |
|---|---|

| 15-18-8, CODE OF ALA 1975 NO | Charge 1 | IMPOSED Y\|M\|D | SUSPENDED Y\|M\|D | TOTAL Y\|M\|D | JAIL CREDIT Y\|M\|D |
|---|---|---|---|---|---|
| | Confinement | 20 \| 0 \| 0 | 0 \| 0 \| 0 | 20 \| 0 \| 0 | 2 \| 8 \| 6 |
| | Probation | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 |
| | Enhancement | 0 \| 0 \| 0 | | | |
| | Date Sentenced 8/14/2023 | | | Sentence Begins 8/14/2023 | |
| | Tech VIO | Prob Applied N/A | | Prob Granted N/A | |
| | N/A | Prob Revoked N/A | | Rearrested N/A | |

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Penitentiary | TOTAL | $800.00 | $800.00 |

| APPEAL DATE | SUSPENDED DATE | AFFIRMED DATE | REARREST DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

| CLERK REMARKS: | DOC REMARKS: |
|---|---|
| DEFT ORDERED TO PAY RESTITUION. | IA- BF |

OPERATOR: Lisa.Razor
PREPARED: 8/17/2023 12:09:42 PM

**THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.**

/S/ SHARLA KNOX

SHARLA KNOX                                8/22/2023



# SHARLA KNOX

## CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT

MORRIS, BARRON_____ )        STATE OF ALABAMA

CASE NO:  CC-2019-004514.00_____ )

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of
Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment
in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____ 2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2019 004514.00
OPER: BRE                   CASE ACTION SUMMARY
PAGE:  1                   CIRCUIT   CRIMINAL                 RUN DATE: 12/20/2019
================================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                  JUDGE: MAY

STATE  OF  ALABAMA                         VS      MORRIS BARRON
                                                   3314 FIRST AVENUE
CASE: CC 2019 004514.00
                                                   MOBILE, AL  36617 0000

DOB: 11/03/2001        SEX: M  RACE: B  HT: 5 04  WT: 155   HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
================================================================================
CHARGE01: ROBBERY 1ST          CODE01: ROB1  LIT: ROBBERY 1ST    TYP: F #: 001
OFFENSE DATE: 08/02/2019               AGENCY/OFFICER: 002015J B JOHNS

DATE WAR/CAP ISS:                      DATE ARRESTED: 08/23/2019
DATE     INDICTED: 11/20/2019          DATE     FILED: 11/20/2019
DATE     RELEASED:                     DATE  HEARING:
BOND     AMOUNT:       $20,000.00          SURETIES:

DATE 1:                   DESC: ARRG         TIME: 0830 A
DATE 2:                   DESC: JTRL         TIME: 0830 A
TRACKING NOS: DC 2019 008425 00  /                    /

DF/ATY:                               TYPE:                          TYPE:

                  00000                            00000

PROSECUTOR: RICH ASHLEY MOONEY
================================================================================
OTH CSE: DC201900842500 CHK/TICKET NO: M19-08-00294      GRAND JURY: 52
COURT REPORTER:                    SID NO:     000000000
DEF STATUS: JAIL                   DEMAND:                         OPER: BRE
================================================================================
DATE            ACTIONS, JUDGEMENTS, AND NOTES
================================================================================
```

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2019 004514.00 00
S. WESLEY PIPES

```
---------------------------------------------------------------------------
            IN THE CIRCUIT COURT OF MOBILE COUNTY
                                              COURT ORI: 002015 J
---------------------------------------------------------------------------
   STATE OF ALABAMA      VS.              DC NO: DC 2019 008425.00
   MORRIS BARRON            AKA:          G J: 52
   8070 PLEASANT CIR. S.    AKA:          SSN: 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
   CITRONELLE  AL  36522                  SID: 000000000
                                          AIS:
---------------------------------------------------------------------------
   DOB:  11/03/2001   SEX: M  HT: 5 04    WT: 155  HAIR: BLK  EYE: BRO
   RACE: ( )W (X)B ( )O  COMPLEXION: ___  AGE: ___  FEATURES: _____
---------------------------------------------------------------------------
   DATE OFFENSE: 08/02/2019  ARREST DATE: 08/23/2019  ARREST ORI: 002015J
---------------------------------------------------------------------------
   CHARGES @ CONV       CITES          CT CL COURT ACTION          CA DATE
   ROBBERY 1ST          13A-008-041    01 A  NOL PRS/DA MOTION    08/14/2023
---------------------------------------------------------------------------
   JUDGE: S. WESLEY PIPES               PROSECUTOR: BLACKWOOD KEITH MARVIN
---------------------------------------------------------------------------
   PROBATION APPLIED   GRANTED   DATE     REARRESTED DATE   REVOKED   DATE
   ( )Y( )N            ( )Y( )N            ( )Y( )N          ( )Y( )N
---------------------------------------------------------------------------
   15-18-8, CODE OF ALA 1975  IMPOSED   SUSPENDED     TOTAL      JAIL CRED
   ( )Y (X)N   CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000  00-00-000
               PROBATION:   00-0000-000 00-0000-000 00-0000-000
   DATE SENTENCED: 08/14/2023             SENTENCE BEGINS: 00/00/0000
---------------------------------------------------------------------------
   PROVISIONS                    COSTS/RESTITUTION      DUE      ORDERED
                                 RESTITUTION          $0.00       $0.00
                                 ATTORNEY FEE         $0.00       $0.00
                                 CRIME VICTIMS        $0.00       $0.00
                                 COST                 $0.00       $0.00
                                 FINE                 $0.00       $0.00
                                 MUNICIPAL FEES       $0.00       $0.00
                                 DRUG FEES            $0.00       $0.00
                                 ADDTL DEFENDANT      $0.00       $0.00
                                 DA FEES              $0.00       $0.00
                                 COLLECTION ACCT      $0.00       $0.00
                                 JAIL FEES            $0.00       $0.00
                                 CADM FEES            $0.00       $0.00
                                 BAIL FEES            $0.00       $0.00

                                 TOTAL                $0.00       $0.00
---------------------------------------------------------------------------
   APPEAL DATE        SUSPENDED        AFFIRMED         REARREST
   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N ____
---------------------------------------------------------------------------
   REMARKS:                        THIS IS TO CERTIFY THAT THE
                                   ABOVE INFORMATION WAS EXTRACTED
                                   FROM OFFICIAL COURT RECORDS
                                   AND IS TRUE AND CORRECT.
   NOLLE PROSSED.

                                   SHARLA KNOX
                                   08/17/2023
---------------------------------------------------------------------------
PREPARED: 08/17/2023   BY: LIR
```

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2019-004514.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case Nos.: CC-2019-004514.00 |
| | )                CC-2022-000408.00 |
| | )                CC-2022-000409.00 |
| | )                CC-2022-000661.00 |
| | )                CC-2023-002272.00 |
| | ) |
| MORRIS BARRON | ) |
| Defendant. | ) |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

                               **/s/ CHARLES GRADDICK for**
                               **S. WESLEY PIPES**
                               **CIRCUIT JUDGE**



# SHARLA KNOX
## CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA              )       IN THE CIRCUIT COURT

MORRIS, BARRON_____)       STATE OF ALABAMA

CASE NO:  CC-2022-000661.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2022 000661.00
OPER: BRE                     CASE ACTION SUMMARY
PAGE:   1                     CIRCUIT   CRIMINAL               RUN DATE: 03/22/2022
==========================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                JUDGE: SWP

STATE  OF  ALABAMA                    VS    MORRIS BARRON MONTEZ
                                            8070 PLEASANT CIRCLE S
CASE: CC 2022 000661.00
                                            CITRONELLE, AL  36522 0000

DOB: 11/03/2001         SEX: M  RACE: B  HT: 5 06  WT: 155    HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
==========================================================================
CHARGE01: MURDER CAPITAL-ROBBE CODE01: CM02  LIT: MURDER CAPITAL TYP: F #: 001
CHARGE02: DISCHARGE GUN OCC BL CODE02: DSF1                     TYP: F #: 001
CHARGE03: DISCHARGE GUN OCC BL CODE03: DSF1                     TYP: F #: 001
CHARGE04: ASSAULT 2ND DEGREE   CODE04: ASS2                     TYP: F #: 001
CHARGE05: ASSAULT 2ND DEGREE   CODE05: ASS2                     TYP: F #: 001
OFFENSE DATE: 10/19/2020                AGENCY/OFFICER: 002015J J NETTL

DATE WAR/CAP ISS:                       DATE ARRESTED: 12/09/2020
DATE    INDICTED: 02/18/2022            DATE    FILED: 02/18/2022
DATE    RELEASED:                       DATE  HEARING:
BOND        AMOUNT:          $.00 N     SURETIES:

DATE 1:              DESC:                   TIME: 0000
DATE 2:              DESC:                   TIME: 0000

TRACKING NOS: DC 2020 010031 00  /  DC 2020 010033 00  /  DC 2020 010036 00

DF/ATY:                         TYPE:                          TYPE:

               00000                         00000

PROSECUTOR: RICH ASHLEY MOONEY

==========================================================================
OTH CSE: DC202001003100 CHK/TICKET NO: M20-10-2467    GRAND JURY: 389
COURT REPORTER:                    SID NO:      000000000
DEF STATUS: JAIL                   DEMAND:                        OPER: BRE

NOTE: 5 CT INDICT: DC20-10035
==========================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==========================================================================
```

```
ACR359                    ALABAMA JUDICIAL DATA CENTER
                                MOBILE COUNTY
                            TRANSCRIPT OF RECORD
                             CONVICTION REPORT

                                          CC 2022 000661.00 00
                                          S. WESLEY PIPES
-----------------------------------------------------------------------
                 IN THE CIRCUIT COURT OF MOBILE COUNTY
                                          COURT ORI: 002015 J
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  STATE OF ALABAMA    VS.                 DC NO: DC 2020 010031.00
  MORRIS BARRON MONTEZ      AKA:          G J: 389
  8070 PLEASANT CIRCLE S    AKA:          SSN: 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
  CITRONELLE AL  36522                    SID: 000000000
                                          AIS:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  DOB:  11/03/2001   SEX: M   HT: 5 06     WT: 155  HAIR: BLK  EYE: BRO
  RACE: ( )W (X)B ( )O   COMPLEXION: _____ AGE: _____ FEATURES: _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  DATE OFFENSE: 10/19/2020  ARREST DATE: 12/09/2020  ARREST ORI: 002015J
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  CHARGES @ CONV   CITES            CT CL COURT ACTION        CA DATE
  MURDER CAPITAL-ROB 13A-005-040(A)( 01 A  NOL PRS/DA MOTION   08/14/2023
  DISCHARGE GUN OCC 13A-011-061(B)   01 B  NOL PRS/DA MOTION   08/14/2023
  DISCHARGE GUN OCC 13A-011-061(B)   01 B  NOL PRS/DA MOTION   08/14/2023
  ASSAULT 2ND DEGREE 13A-006-021     01 C  NOL PRS/DA MOTION   08/14/2023
  ASSAULT 2ND DEGREE 13A-006-021     01 C  NOL PRS/DA MOTION   08/14/2023
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  JUDGE: S. WESLEY PIPES              PROSECUTOR: BLACKWOOD KEITH MARVIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  PROBATION APPLIED   GRANTED  DATE    REARRESTED DATE  REVOKED  DATE
  ( )Y( )N _____ ( )Y( )N _____   ( )Y( )N _____ ( )Y( )N _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  15-18-8, CODE OF ALA 1975  IMPOSED    SUSPENDED    TOTAL      JAIL CRED
  ( )Y (X)N  CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000  00-00-000
             PROBATION:   00-0000-000 00-0000-000 00-0000-000
  DATE SENTENCED: 08/14/2023              SENTENCE BEGINS: 00/00/0000
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  PROVISIONS                   COSTS/RESTITUTION       DUE     ORDERED

                            RESTITUTION          $0.00      $0.00
                            ATTORNEY FEE         $0.00      $0.00
                            CRIME VICTIMS        $0.00      $0.00
                            COST                 $0.00      $0.00
                            FINE                 $0.00      $0.00
                            MUNICIPAL FEES       $0.00      $0.00
                            DRUG FEES            $0.00      $0.00
                            ADDTL DEFENDANT      $0.00      $0.00
                            DA FEES              $0.00      $0.00
                            COLLECTION ACCT      $0.00      $0.00
                            JAIL FEES            $0.00      $0.00
                            CADM FEES            $0.00      $0.00
                            BAIL FEES            $0.00      $0.00

                            TOTAL                $0.00      $0.00
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  APPEAL DATE       SUSPENDED        AFFIRMED          REARREST

  ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
  REMARKS:                      THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
                                AND IS TRUE AND CORRECT.
  NOLLE PROSSED.

                                _____Sharla Knox_____

                                SHARLA KNOX
                                08/17/2023
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PREPARED: 08/17/2023  BY: LIR
```

DOCUMENT 70

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000661.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| V. | ) Case Nos.: | CC-2019-004514.00 |
| | ) | CC-2022-000408.00 |
| | ) | CC-2022-000409.00 |
| | ) | CC-2022-000661.00 |
| | ) | CC-2023-002272.00 |
| | ) | |
| MORRIS BARRON | ) | |
| Defendant. | ) | |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ **CHARLES GRADDICK for**
**S. WESLEY PIPES**
**CIRCUIT JUDGE**



# SHARLA KNOX
## CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                                   )          IN THE CIRCUIT COURT

MORRIS, BARRON_____)          STATE OF ALABAMA

CASE NO:  CC-2022-000408.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____ 2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372                    ALABAMA JUDICIAL INFORMATION SYSTEM        CASE: CC 2022 000408.00
OPER: BRE                        CASE ACTION SUMMARY
PAGE:   1                         CIRCUIT  CRIMINAL                    RUN DATE: 03/07/2022
====================================================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                           JUDGE: MAY

STATE  OF  ALABAMA                        VS      MORRIS BARRON
                                                  3314 FIRST AVE
CASE: CC 2022 000408.00
                                                  MOBILE, AL  36607 0000

DOB: 11/03/2001         SEX: M  RACE: B  HT: 5 06  WT: 165    HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
====================================================================================================
CHARGE01: INDECENT EXPOSURE        CODE01: INEX  LIT: INDECENT EXPOS TYP: M #: 001
OFFENSE DATE: 11/19/2021                    AGENCY/OFFICER: 002015J CO Y AV

DATE WAR/CAP ISS:                           DATE ARRESTED: 01/13/2022
DATE      INDICTED:                         DATE    FILED: 02/25/2022
DATE     RELEASED:                          DATE  HEARING:
BOND       AMOUNT:         $500.00          SURETIES:

DATE 1:            DESC:                     TIME: 0000
DATE 2:            DESC:                     TIME: 0000

TRACKING NOS: DC 2022 000371 00  /                          /

DF/ATY:                              TYPE:                            TYPE:

                   00000                              00000

PROSECUTOR: RICH ASHLEY MOONEY
====================================================================================================
OTH CSE: DC202200037100 CHK/TICKET NO: S21-12-0237          GRAND JURY:
COURT REPORTER:                        SID NO:  000000000
DEF STATUS: JAIL                       DEMAND: Y                    OPER: BRE

NOTE: HAS CC2022-409
====================================================================================================
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
====================================================================================================
```

*District Appeal*

DOCUMENT 11

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2022 000408.00 00
S. WESLEY PIPES

IN THE CIRCUIT COURT OF MOBILE COUNTY
COURT ORI: 002015 J

STATE OF ALABAMA       VS.               DC NO: DC 2022 000371.00
MORRIS BARRON              AKA:          G J:
3314 FIRST AVE             AKA:          SSN: 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
MOBILE  AL  36607                        SID: 000000000
                                         AIS:

DOB:  11/03/2001   SEX: M   HT: 5 06     WT: 165   HAIR: BLK    EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____

DATE OFFENSE: 11/19/2021   ARREST DATE: 01/13/2022   ARREST ORI: 002015J

CHARGES @ CONV      CITES           CT CL  COURT ACTION            CA DATE
INDECENT EXPOSURE   13A-006-068     01 A   NOL PRS/DA MOTION     08/14/2023

JUDGE: S. WESLEY PIPES              PROSECUTOR: BLACKWOOD KEITH MARVIN

PROBATION APPLIED   GRANTED   DATE       REARRESTED DATE   REVOKED   DATE
( )Y ( )N _____   ( )Y ( )N _____    ( )Y ( )N _____  ( )Y ( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED     SUSPENDED      TOTAL       JAIL CRED
( )Y (X)N   CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000  00-00-000
            PROBATION:   00-0000-000 00-0000-000 00-0000-000
DATE SENTENCED: 08/14/2023              SENTENCE BEGINS: 00/00/0000

PROVISIONS                      COSTS/RESTITUTION       DUE        ORDERED

                                RESTITUTION           $0.00         $0.00
                                ATTORNEY FEE          $0.00         $0.00
                                CRIME VICTIMS         $0.00         $0.00
                                COST                  $0.00         $0.00
                                FINE                  $0.00         $0.00
                                MUNICIPAL FEES        $0.00         $0.00
                                DRUG FEES             $0.00         $0.00
                                ADDTL DEFENDANT       $0.00         $0.00
                                DA FEES               $0.00         $0.00
                                COLLECTION ACCT       $0.00         $0.00
                                JAIL FEES             $0.00         $0.00
                                CADM FEES             $0.00         $0.00
                                BAIL FEES             $0.00         $0.00

                                TOTAL                 $0.00         $0.00

APPEAL DATE         SUSPENDED        AFFIRMED           REARREST

( )Y ( )N _____   ( )Y ( )N _____  ( )Y ( )N _____   ( )Y ( )N _____

REMARKS:                        THIS IS TO CERTIFY THAT THE
                                ABOVE INFORMATION WAS EXTRACTED
                                FROM OFFICIAL COURT RECORDS
NOLLE PROSSED.                  AND IS TRUE AND CORRECT.

                                SHARLA KNOX
                                08/17/2023

PREPARED: 08/17/2023   BY: LIR

DOCUMENT 3

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000408.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case Nos.:  CC-2019-004514.00 |
| | )                      CC-2022-000408.00 |
| | )                      CC-2022-000409.00 |
| | )                      CC-2022-000661.00 |
| | )                      CC-2023-002272.00 |
| | ) |
| MORRIS BARRON | ) |
| Defendant. | ) |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

DOCUMENT 3

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ CHARLES GRADDICK for
**S. WESLEY PIPES**
**CIRCUIT JUDGE**



# SHARLA KNOX

**CIRCUIT CLERK**

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                    )            IN THE CIRCUIT COURT

MORRIS, BARRON_____ )            STATE OF ALABAMA

CASE NO:  CC-2022-000409.00_____ )

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of
Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment
in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____ 2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372              ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2022 000409.00
OPER: BRE                    CASE ACTION SUMMARY
PAGE:    1               CIRCUIT    CRIMINAL                  RUN DATE: 03/07/2022
================================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                JUDGE: MAY

STATE  OF  ALABAMA                     VS     MORRIS BARRON
                                              3314 FIRST AVE
CASE: CC 2022 000409.00
                                              MOBILE, AL  36607 0000

DOB: 11/03/2001          SEX: M  RACE: B  HT: 5 06  WT: 165   HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
================================================================================
CHARGE01: INDECENT EXPOSURE      CODE01: INEX  LIT: INDECENT EXPOS TYP: M #: 001
OFFENSE DATE: 11/19/2021                AGENCY/OFFICER: 0020000 CO N BR

DATE WAR/CAP ISS:                       DATE ARRESTED: 01/13/2022
DATE    INDICTED:                       DATE    FILED: 02/25/2022
DATE   RELEASED:                        DATE  HEARING:
BOND     AMOUNT:              $.00           SURETIES:

DATE 1:            DESC:                 TIME: 0000
DATE 2:            DESC:                 TIME: 0000

TRACKING NOS: DC 2022 000370 00  /                    /

DF/ATY:                          TYPE:                            TYPE:

             00000                          00000

PROSECUTOR: RICH ASHLEY MOONEY
                                   District appeal
================================================================================
OTH CSE: DC202200037000 CHK/TICKET NO: S21-12-0237     GRAND JURY:
COURT REPORTER:                   SID NO:    000000000
DEF STATUS: JAIL              DEMAND: Y                      OPER: BRE
NOTE: HAS CC2022-408
================================================================================
DATE           ACTIONS,  JUDGEMENTS,  AND  NOTES
================================================================================
```

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2022 000409.00 00
S. WESLEY PIPES

```
------------------------------------------------------------------
                 IN THE CIRCUIT COURT OF MOBILE COUNTY
                                         COURT ORI: 002015 J
------------------------------------------------------------------
STATE OF ALABAMA      VS.                 DC NO: DC 2022 000370.00
MORRIS BARRON               AKA:          G J:
3314 FIRST AVE              AKA:          SSN: 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
MOBILE AL 36607                           SID: 000000000
                                          AIS:
------------------------------------------------------------------
DOB:  11/03/2001   SEX: M  HT: 5 06   WT: 165  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: _____  FEATURES: _____
------------------------------------------------------------------
DATE OFFENSE: 11/19/2021  ARREST DATE: 01/13/2022  ARREST ORI: 0020000
------------------------------------------------------------------
CHARGES @ CONV     CITES           CT CL COURT ACTION        CA DATE
INDECENT EXPOSURE  13A-006-068     01 A  NOL PRS/DA MOTION  08/14/2023
------------------------------------------------------------------
JUDGE: S. WESLEY PIPES             PROSECUTOR: BLACKWOOD KEITH MARVIN
------------------------------------------------------------------
PROBATION APPLIED   GRANTED  DATE     REARRESTED DATE  REVOKED  DATE
( )Y ( )N          ( )Y ( )N _____  ( )Y ( )N _____ ( )Y ( )N _____
------------------------------------------------------------------
15-18-8, CODE OF ALA 1975  IMPOSED    SUSPENDED    TOTAL    JAIL CRED
( )Y (X)N  CONFINEMENT: 00-0000-000  00-0000-000 00-0000-000 00-00-000
           PROBATION:   00-0000-000  00-0000-000 00-0000-000
DATE SENTENCED: 08/14/2023           SENTENCE BEGINS: 00/00/0000
------------------------------------------------------------------
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| | RESTITUTION | $0.00 | $0.00 |
| | ATTORNEY FEE | $0.00 | $0.00 |
| | CRIME VICTIMS | $0.00 | $0.00 |
| | COST | $0.00 | $0.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | CADM FEES | $0.00 | $0.00 |
| | BAIL FEES | $0.00 | $0.00 |
| | TOTAL | $0.00 | $0.00 |

```
------------------------------------------------------------------
APPEAL DATE      SUSPENDED        AFFIRMED          REARREST
( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____  ( )Y ( )N _____
------------------------------------------------------------------
```

REMARKS:

NOLLE PROSSED.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Sharla Knox*

SHARLA KNOX
08/17/2023

PREPARED: 08/17/2023  BY: LIR

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2022-000409.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| V. | ) Case Nos.: | CC-2019-004514.00 |
| | ) | CC-2022-000408.00 |
| | ) | CC-2022-000409.00 |
| | ) | CC-2022-000661.00 |
| | ) | CC-2023-002272.00 |
| | ) | |
| MORRIS BARRON | ) | |
| Defendant. | ) | |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ **CHARLES GRADDICK for**
**S. WESLEY PIPES**
**CIRCUIT JUDGE**



# SHARLA KNOX
## CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                    )          IN THE CIRCUIT COURT

MORRIS, BARRON_____)          STATE OF ALABAMA

CASE NO:  CC-2023-002272.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of
Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment
in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372                ALABAMA JUDICIAL INFORMATION SYSTEM       CASE: CC 2023 002272.00
OPER: BRE                       CASE ACTION SUMMARY
PAGE:   1                        CIRCUIT  CRIMINAL                  RUN DATE: 07/07/2023
=================================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY                                       JUDGE: SWP

STATE  OF  ALABAMA                          VS      MORRIS BARRON MONTEZ
                                                    8070 PLEASANT CIRCLE S
CASE: CC 2023 002272.00
                                                    CITRONELLE, AL  36522 0000

DOB: 11/03/2001            SEX: M RACE: B HT: 5 06 WT: 155    HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
=================================================================================
CHARGE01: MURDER CAPITAL-ROBBE CODE01: CM02  LIT: MURDER CAPITAL  TYP: F #: 001
CHARGE02: MURDER CAPITAL-VEH F CODE02: CM17                       TYP: F #: 001
CHARGE03: ATTEMPT - MURDER     CODE03: MURDA                      TYP: F #: 001
CHARGE04: DISCHARGE GUN OCC BL CODE04: DS91                       TYP: F #: 001
CHARGE05: ASSAULT 2ND DEGREE   CODE05: A882                       TYP: F #: 001
OFFENSE DATE: 10/19/2020                 AGENCY/OFFICER: 002015J J NETTL

DATE WAR/CAP ISS:                        DATE ARRESTED: 12/09/2020
DATE     INDICTED: 06/16/2023            DATE    FILED: 06/16/2023
DATE    RELEASED:                        DATE  HEARING:
BOND      AMOUNT:             $.00 N          SURETIES:

DATE 1:               DESC:                  TIME: 0000
DATE 2:               DESC:                  TIME: 0000

TRACKING NOS:                    /                        /

DF/ATY:                          TYPE:                              TYPE:

                  00000                            00000

PROSECUTOR: BLACKWOOD KEITH MARVIN
=================================================================================
OTH CSE:  000000000000 CHK/TICKET NO:              GRAND JURY: 265
COURT REPORTER:                    SID NO:
DEF STATUS: JAIL              DEMAND:      000000000               OPER: BRE

NOTE: REINDICTMENT: CC22-661
=================================================================================
DATE            ACTIONS,  JUDGEMENTS,  AND  NOTES
=================================================================================
```

ACR359

**ALABAMA JUDICIAL DATA CENTER**
DOCUMENT 7

**MOBILE COUNTY**

**TRANSCRIPT OF RECORD**

**CONVICTION REPORT**

Transcript #: 00748546
Status:    Accepted

0200CC2023002272.00

| CIRCUIT COURT OF MOBILE COUNTY | | COURT ORI: 002015J |
|---|---|---|

| STATE OF ALABAMA VS. | ALIAS: | DC NO: | |
|---|---|---|---|
| MORRIS, BARRON MONTEZ | ALIAS: | GJ: | 265 |
| 8070 PLEASANT CIRCLE S | AIS: | SSN: | 421535521 |
| CITRONELLE   AL 36522 | SID: | | |

| DOB: 11/3/2001 | SEX: M | HT: 5 ft 6 in | WT: 155 lbs | HAIR: BLK | EYE: BRO |
|---|---|---|---|---|---|
| RACE: B | COMPLEXION: | | AGE: 19 | FEATURES: | |

| DATE OF OFFENSE: 10/19/2020 | | ARREST DATE: 12/9/2020 | | | ARREST ORI: 002015J | |
|---|---|---|---|---|---|---|
| # | CHARGES AT CONVICTION | UDCS | STATUE | COUNTS | CLASS | COURT ACTION | CA DATE |
| 1 | MURDER - INTENTIONAL | | 13A-006-002(A)(1) | 001 | A | Guilty Plea | 8/14/2023 |
| 2 | MURDER CAPITAL-VEH FR OUTSIDE | | 13A-005-040(A) (17) | 001 | A | Nol Prossed | 8/14/2023 |
| 3 | ATTEMPT - MURDER | | 13A-004-002 | 001 | A | Nol Prossed | 8/14/2023 |
| 4 | DISCHARGE GUN OCC BLDG/VEHICLE | | 13A-011-061(B) | 001 | B | Nol Prossed | 8/14/2023 |
| 5 | ASSAULT 2ND DEGREE | | 13A-006-021 | 001 | C | Nol Prossed | 8/14/2023 |

| JUDGE: | | PROSECUTOR: BLACKWOOD KEITH MARVIN |
|---|---|---|

| 15-18-8, CODE OF ALA 1975 | Charge 1 | IMPOSED Y \| M \| D | SUSPENDED Y \| M \| D | TOTAL Y \| M \| D | JAIL CREDIT Y \| M \| D |
|---|---|---|---|---|---|
| NO | | | | | |
| | Confinement | 20 \| 0 \| 0 | 0 \| 0 \| 0 | 20 \| 0 \| 0 | 2 \| 8 \| 6 |
| | Probation | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 |
| | Enhancement | 0 \| 0 \| 0 | | | |
| | | Date Sentenced 8/14/2023 | | Sentence Begins 8/14/2023 | |
| | Tech VIO | Prob Applied  N/A | | Prob Granted  N/A | |
| | N/A | Prob Revoked  N/A | | Rearrested  N/A | |

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Penitentiary | TOTAL | $6,965.00 | $6,965.00 |

| APPEAL DATE | SUSPENDED DATE | AFFIRMED DATE | REARREST DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**CLERK REMARKS:**
Deft is ordered to pay restitution.

**DOC REMARKS:**
AM-334739-WILLIAM E DONALDSON CORRECTIONAL FACILITY-TG

OPERATOR: Lisa.Razor
PREPARED: 11/30/2023 10:44:42 AM

**THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.**

/S/ SHARLA KNOX

SHARLA KNOX                    12/18/2023

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2023-002272.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | |
| V. | ) Case Nos.: | CC-2019-004514.00 |
| | ) | CC-2022-000408.00 |
| | ) | CC-2022-000409.00 |
| | ) | CC-2022-000661.00 |
| | ) | CC-2023-002272.00 |
| | ) | |
| MORRIS BARRON | ) | |
| Defendant. | ) | |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ CHARLES GRADDICK for
S. WESLEY PIPES
CIRCUIT JUDGE

ELECTRONICALLY FILED
11/29/2023 4:02 PM
02-CC-2023-002272.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

# IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

STATE OF ALABAMA )

V.                                      ) Case No.:    CC-2023-002272.00

MORRIS BARRON MONTEZ )
Defendant.                        )

## ORDER

The State submitted a restitution affidavit to the court on September 18, 2023.

Defendant is ordered to pay restitution in the amount of $6,165 to the Circuit Clerk's office. Restitution is to be disbursed to Alicia Campbell, 608 Azalea Road, Apt. 506, Mobile, AL 36609.

**DONE this 29th day of November, 2023.**

/s/ S. WESLEY PIPES
**CIRCUIT JUDGE**

DOCUMENT 10

ACR359

# ALABAMA JUDICIAL DATA CENTER
## MOBILE COUNTY
## TRANSCRIPT OF RECORD CONVICTION REPORT

Transcript #: 00748546
Status: Accepted

0200CC2023002272.00

**CIRCUIT COURT OF MOBILE COUNTY** **COURT ORI:** 002015J

| | | |
|---|---|---|
| **STATE OF ALABAMA VS.** | **ALIAS:** | **DC NO:** |
| MORRIS, BARRON MONTEZ | **ALIAS:** | **GJ:** 265 |
| 8070 PLEASANT CIRCLE S | **AIS:** | **SSN:** 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 |
| CITRONELLE AL 36522 | **SID:** | |

| | | | | | |
|---|---|---|---|---|---|
| **DOB:** 11/3/2001 | **SEX:** M | **HT:** 5 ft 6 in | **WT:** 155 lbs | **HAIR:** BLK | **EYE:** BRO |
| **RACE:** B | **COMPLEXION:** | | **AGE:** 19 | **FEATURES:** | |

**DATE OF OFFENSE:** 10/19/2020 **ARREST DATE:** 12/9/2020 **ARREST ORI:** 002015J

| # | CHARGES AT CONVICTION | UDCS | STATUE | COUNTS | CLASS | COURT ACTION | CA DATE |
|---|---|---|---|---|---|---|---|
| 1 | MURDER - INTENTIONAL | | 13A-006-002(A)(1) | 001 | A | Guilty Plea | 8/14/2023 |
| 2 | MURDER CAPITAL-VEH FR OUTSIDE | | 13A-005-040(A)(17) | 001 | A | Nol Prossed | 8/14/2023 |
| 3 | ATTEMPT - MURDER | | 13A-004-002 | 001 | A | Nol Prossed | 8/14/2023 |
| 4 | DISCHARGE GUN OCC BLDG/VEHICLE | | 13A-011-061(B) | 001 | B | Nol Prossed | 8/14/2023 |
| 5 | ASSAULT 2ND DEGREE | | 13A-006-021 | 001 | C | Nol Prossed | 8/14/2023 |

**JUDGE:** **PROSECUTOR:** BLACKWOOD KEITH MARVIN

**15-18-8, CODE OF ALA 1975**
NO

| Charge 1 | IMPOSED Y \| M \| D | SUSPENDED Y \| M \| D | TOTAL Y \| M \| D | JAIL CREDIT Y \| M \| D |
|---|---|---|---|---|
| **Confinement** | 20 \| 0 \| 0 | 0 \| 0 \| 0 | 20 \| 0 \| 0 | 2 \| 8 \| 6 |
| **Probation** | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 | 0 \| 0 \| 0 |
| **Enhancement** | 0 \| 0 \| 0 | | | |

| | | | | |
|---|---|---|---|---|
| | **Date Sentenced** | 8/14/2023 | **Sentence Begins** | 8/14/2023 |
| **Tech VIO** | **Prob Applied** | N/A | **Prob Granted** | N/A |
| **N/A** | **Prob Revoked** | N/A | **Rearrested** | N/A |

| PROVISIONS | COST/RESTITUTION | ORDERED | DUE |
|---|---|---|---|
| Penitentiary | **TOTAL** | **$800.00** | **$800.00** |

| APPEAL DATE | SUSPENDED DATE | AFFIRMED DATE | REARREST DATE |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

**CLERK REMARKS:**
DEFT ORDERED TO PAY RESTITUION.

**DOC REMARKS:**
IA- BF

**OPERATOR:** Lisa.Razor
**PREPARED:** 8/17/2023 12:09:42 PM

**THIS IS TO CERTIFY THAT THE ABOVE INFORMATION WAS EXTRACTED FROM OFFICIAL COURT RECORDS AND IS TRUE AND CORRECT.**

/S/ SHARLA KNOX
SHARLA KNOX 8/22/2023



# SHARLA KNOX

### CIRCUIT CLERK

TERRIE M. GETER
DEPUTY CLERK
CRIMINAL DIVISION
(251)574-8434
ROOM C927  36644-2927

CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
**THIRTEENTH JUDICIAL CIRCUIT**

ROOM C913
MOBILE GOV'T PLAZA
205 GOV'T STEET
MOBILE, AL 36644-2913
(251) 574-8786

STATE OF ALABAMA                    )        IN THE CIRCUIT COURT

MORRIS, BARRON_____)        STATE OF ALABAMA

CASE NO:  CC-2019-004514.00_____)

I, Sharla, Knox, Clerk of the Circuit Court of Mobile County, in and for the State of Alabama, do hereby certify that this is a true and accurate copy/copies of the judgment in the above styled cause, as the same remains of record in my office.

Witness my hand this the 4TH day of __OCTOBER,_____ 2024

Clerk, Circuit Court, Mobile County, Alabama

By: TIC

```
ACRO372            ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 2019 004514.00
OPER: BRE                 CASE ACTION SUMMARY
PAGE:   1                CIRCUIT   CRIMINAL              RUN DATE: 12/20/2019
==============================================================================
IN THE CIRCUIT COURT OF MOBILE COUNTY
                                                                   JUDGE: MAY
STATE  OF  ALABAMA                      VS    MORRIS BARRON
                                              3314 FIRST AVENUE
CASE: CC 2019 004514.00
                                              MOBILE, AL  36617 0000

DOB: 11/03/2001        SEX: M  RACE: B  HT: 5 04  WT: 155  HR: BLK EYES: BRO
SSN: 421535521  ALIAS NAMES:
==============================================================================
CHARGE01: ROBBERY 1ST        CODE01: ROB1  LIT: ROBBERY 1ST  TYP: F #: 001
OFFENSE DATE: 08/02/2019            AGENCY/OFFICER: 002015J B JOHNS

DATE WAR/CAP ISS:                   DATE ARRESTED: 08/23/2019
DATE   INDICTED: 11/20/2019         DATE    FILED: 11/20/2019
DATE   RELEASED:                    DATE  HEARING:
BOND     AMOUNT:      $20,000.00        SURETIES:

DATE 1:            DESC: ARRG        TIME: 0830 A
DATE 2:            DESC: JTRL        TIME: 0830 A
TRACKING NOS: DC 2019 008425 00  /                    /
DF/ATY:                          TYPE:
                                                              TYPE:

                    00000                          00000

PROSECUTOR: RICH ASHLEY MOONEY
==============================================================================
OTH CSE: DC201900842500 CHK/TICKET NO: M19-08-00294    GRAND JURY: 52
COURT REPORTER:               SID NO:      000000000
DEF STATUS: JAIL              DEMAND:                          OPER: BRE
DATE          ACTIONS,  JUDGEMENTS,  AND  NOTES
==============================================================================
```

ACR359

ALABAMA JUDICIAL DATA CENTER
MOBILE COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2019 004514.00 00
S. WESLEY PIPES

IN THE CIRCUIT COURT OF MOBILE COUNTY
COURT ORI: 002015 J

STATE OF ALABAMA       VS.
MORRIS BARRON                AKA:
8070 PLEASANT CIR. S.        AKA:
CITRONELLE   AL   36522

DC NO: DC 2019 008425.00
G J: 52
SSN: 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
SID: 000000000
AIS:

DOB:  11/03/2001   SEX: M   HT: 5 04   WT: 155   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: ____   FEATURES: _____

DATE OFFENSE: 08/02/2019   ARREST DATE: 08/23/2019   ARREST ORI: 002015J

| CHARGES @ CONV | CITES | CT CL | COURT ACTION | CA DATE |
|---|---|---|---|---|
| ROBBERY 1ST | 13A-008-041 | 01 A | NOL PRS/DA MOTION | 08/14/2023 |

JUDGE: S. WESLEY PIPES                PROSECUTOR: BLACKWOOD KEITH MARVIN

PROBATION APPLIED   GRANTED   DATE         REARRESTED DATE   REVOKED   DATE
( )Y( )N _____ ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

15-18-8, CODE OF ALA 1975   IMPOSED   SUSPENDED   TOTAL   JAIL CRED
( )Y (X)N   CONFINEMENT: 00-0000-000 00-0000-000 00-0000-000   00-00-000
            PROBATION: 00-0000-000 00-0000-000 00-0000-000
DATE SENTENCED: 08/14/2023              SENTENCE BEGINS: 00/00/0000

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| | RESTITUTION | $0.00 | $0.00 |
| | ATTORNEY FEE | $0.00 | $0.00 |
| | CRIME VICTIMS | $0.00 | $0.00 |
| | COST | $0.00 | $0.00 |
| | FINE | $0.00 | $0.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $0.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | CADM FEES | $0.00 | $0.00 |
| | BAIL FEES | $0.00 | $0.00 |
| | TOTAL | $0.00 | $0.00 |

APPEAL DATE         SUSPENDED         AFFIRMED         REARREST

( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

REMARKS:

NOLLE PROSSED.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

Sharla Knox

SHARLA KNOX
08/17/2023

PREPARED: 08/17/2023   BY: LIR

ELECTRONICALLY FILED
8/15/2023 10:30 AM
02-CC-2019-004514.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
SHARLA KNOX, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| V. | ) Case Nos.:   CC-2019-004514.00 |
| | )                CC-2022-000408.00 |
| | )                CC-2022-000409.00 |
| | )                CC-2022-000661.00 |
| | )                CC-2023-002272.00 |
| | ) |
| MORRIS BARRON | ) |
| Defendant. | ) |

## ORDER

Defendant in court from Metro Jail for trial. On motion of the State, Count One of CC23-2272 is amended to Intentional Murder. Defendant withdrew plea of not guilty, waived trial by jury and entered a plea of guilty to Intentional Murder.

On motion of the State, it is hereby ordered that CC19-4514, 22-408, 22-409, Counts One through Five of CC22-661 and Counts Two through Five of CC23-2272 are Nolle Prossed.

Having ascertained that the Defendant understands his constitutional rights, the nature of the crime charged and the consequences of the guilty plea, and that the Defendant understandingly and voluntarily waives his constitutional rights and pleads guilty, the Court hereby ordered that the Defendant's waiver and plea of guilty be accepted and entered into the minutes of the Court.

It is further ordered that the Defendant be and is hereby adjudged guilty of Intentional Murder and is now sentenced by the Court to the Alabama State Penitentiary for the term of **twenty (20) years**.

Defendant to receive credit for time spent in jail.

Costs and fines are ordered remitted. Defendant is ordered to pay restitution in the amount of $800 to the Circuit Clerk's office within twelve months of end of sentence date. Restitution to be disbursed to Algene Patrick, 2658 Warsaw Avenue, Mobile, AL 36617. The State was given thirty days to submit any additional restitution amounts to the Court.

Defendant's attorney Jim Vollmer, OCR Travis Atkins and ADA Madison Davis in court.

**DONE this 14th day of August, 2023.**

/s/ CHARLES GRADDICK for
**S. WESLEY PIPES**
**CIRCUIT JUDGE**

ALABAMA SJIS INDEX SEARCH

**Company Name: BRISKMAN LAW FIRM LLC**

**PREPARED FOR: Candice L Harper**

alacourt.com

Search Criteria: Name: morris barron, SSN: None, County:02, Division: DC, DOB: None, Case Year: ALL, Filing Date: None

9 records.

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|--------|-----------|------|-----|--------|--------|-----|-----|------|---------|---------|-----|
| 02 | DC202200037000 | MORRIS BARRON | GNH | INDECENT EXPOSURE | Jail | 11/3/2001 | M | B | 2/24/2022 | Guilty plea | XXX-XX-X521 |
| 02 | DC202200037100 | MORRIS BARRON | GNH | INDECENT EXPOSURE | Jail | 11/3/2001 | M | B | 2/24/2022 | Guilty plea | XXX-XX-X521 |
| 02 | DC201900842500 | MORRIS BARRON | GNH | ROBBERY 1ST | Jail | 11/3/2001 | M | B | 9/24/2019 | Waived to gj | XXX-XX-X521 |
| 02 | DC202001003400 | MORRIS BARRON MONTEZ | GNH | ASSAULT 2ND DEGREE | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC202001003500 | MORRIS BARRON MONTEZ | GNH | ASSAULT 2ND DEGREE | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC202001003600 | MORRIS BARRON MONTEZ | GNH | DISCHARGE GUN OCC BL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC202001003100 | MORRIS BARRON MONTEZ | GNH | MURDER - INTENTIONAL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC202001003200 | MORRIS BARRON MONTEZ | GNH | ROBBERY 1ST | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC202001003300 | MORRIS BARRON MONTEZ | GNH | DISCHARGE GUN OCC BL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |



END OF THE REPORT



# SHARLA KNOX

### DISTRICT CLERK
**DISTRICT COURT, MOBILE COUNTY**
**MOBILE GOVERNMENT PLAZA**
**205 GOVERNMENT ST**
**MOBILE, AL 36644-2325**

*MICHELLE PATRONAS*
*SUPERVISOR*
*DISTRICT CRIMINAL/TRAFFIC*
*205 GOV'T STREET RM 338*
*MOBILE AL 36644-2338*
*(251)574-8511*

REQUEST FOR RECORD SEARCH/COPY REQUEST                 DATE: 10-4-2024

1.   List person's full name, date of birth, race/sex, social security number (and case number if known) for each person you are requesting a search ($10 charge for computerized record check per name).

Barron Morris Jr. 11-3-2001 - M, B, X521

2. Documents requested? Please check below.  $5.00 for copies up to 20 pages.  .50 for each page over 20 pages.

X Case Action Summary (provides the disposition)

X Sworn affidavit, Executed Warrant, Copy of Bond (circle which document or check for all)

X Complete File

3.  Do you need certified copies?  If yes, specify which document needs certification.  $5.00 fee for each certified document.  (entire record certified will be $5.00 for certification)   yes

***THIS SECTION MUST BE COMPLETED TO PROCESS YOUR REQUEST***

Your name Candice Harpu   Telephone Number  251-486-1298

Address 150 Government St Ste 1004

City: Mobile   State: al   Zip: 36602

Fees: Computerized records check **$10.00 per name**   Archived/records on microfilm-**$25.00**

Copies (up to 20 pages) **$5.00**   each page over 20 pages **.50 cents per page**   Each certification-**$5.00**

Fees must be paid in advance for all record searches.  A self-addressed, postage paid envelope must accompany your payment.  Please allow 2 weeks for processing.  The payment of fees does not guarantee results; the clerk shall not refund any payment for any reason pursuant to the authority of the ADC in ALA CODE 12-19-21, effective January 1, 2007.  The Circuit Clerk and employees of District Court Mobile County are not responsible for any errors in the information supplied and are not liable for any use or disclosure of said information.  This office only provides records for Mobile County District Court.

see attach

**ALABAMA SJIS CASE DETAIL**



County: **02**    Case Number: **DC-2020-010032.00**    Court Action: **BOUND OVER/PR CAUSE (DC**

Style: **STATE OF ALABAMA V. MORRIS BARRON MONTEZ**

**PREPARED FOR: JEM**
10/4/2024 12:36:19 PM

Real Time

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/10/2020 | 2:49 PM | JUDG | ASSIGNED TO: (GNH) GEORGE N. HARDESTY, JR. (AR01) | KIE |
| 12/10/2020 | 2:49 PM | FILE | FILED ON: 12/10/2020    (AR01) | KIE |
| 12/10/2020 | 2:49 PM | ARRS | DEFENDANT ARRESTED ON: 12/09/2020    (AR01) | KIE |
| 12/10/2020 | 2:50 PM | STAT | INITIAL STATUS SET TO: "J" - JAIL    (AR01) | KIE |
| 12/10/2020 | 2:50 PM | FILE | CHARGE 01: ROBBERY 1ST/#CNTS: 001    (AR01) | KIE |
| 12/10/2020 | 2:50 PM | DAT1 | SET FOR: BOND HEARING ON 12/11/2020 AT 0830A(AR01) | KIE |
| 12/10/2020 | 2:50 PM | SCAN | CASE SCANNED STATUS SET TO: N | KIE |
| 12/10/2020 | 2:56 PM | MTMS | MITTIMUS PRINTED ON: 12/10/2020    (AR08) | KIE |
| 12/10/2020 | 2:59 PM | ESCAN | SCAN - FILED 12/10/2020 - COMPLETE FILE | KIE |
| 12/10/2020 | 2:59 PM | ESCAN | SCAN - FILED 12/10/2020 - COMPLETE FILE | KIE |
| 12/11/2020 | 11:04 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 12/11/2020 11:04:10 AM | JA |
| 12/11/2020 | 11:24 AM | DAT1 | SET FOR: ARRAIGNMENT ON 0830A (AR01) | MIE |
| 12/16/2020 | 4:20 PM | MTMS | MITTIMUS PRINTED ON: 12/16/2020    (AR08) | KIE |
| 12/17/2020 | 10:02 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 12/17/2020 10:02:54 AM | JA |
| 12/17/2020 | 10:16 AM | DAT1 | SET FOR: PREL HEARING ON 01/28/2021 AT 0830A(AR10) | GAP |
| 1/27/2021 | 3:35 PM | MTMS | MITTIMUS PRINTED ON: 01/27/2021    (AR08) | GAP |
| 1/28/2021 | 1:31 PM | ATY1 | ATTORNEY FOR DEFENDANT: PUBLIC DEFENDER'S OFFIC | AJA |
| 1/28/2021 | 1:33 PM | JEORDE | ORDER E-FILED - E-FILE ORDER - RENDERED & ENTERED: 1/28/2021 1:33:24 PM | JA |
| 1/28/2021 | 3:08 PM | DAT1 | SET FOR: PREL HEARING ON 02/25/2021 AT 0830A(AR10) | GAP |
| 2/1/2021 | 11:55 AM | ATY2 | ATTORNEY FOR DEFENDANT: CAMERON ASHLEY ELIZABET | AJA |
| 2/1/2021 | 11:57 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | CAM057 |
| 2/20/2021 | 12:37 PM | EMOT | D001-EXTRAORDINARY EXPENSE FILED. | CAM057 |
| 2/22/2021 | 4:40 PM | JEORDE | ORDER GENERATED FOR EXTRAORDINARY EXPENSE - RENDERED & ENTERED: 2/22/2021 4:40:47 PM - ORDER | JA |
| 2/25/2021 | 7:55 AM | MTMS | MITTIMUS PRINTED ON: 02/25/2021    (AR08) | GAP |
| 2/25/2021 | 10:57 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/25/2021 10:57:58 AM | JA |
| 2/25/2021 | 11:03 AM | JEORDE | ORDER E-FILED - AMENDED ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/25/2021 11:03:25 AM | JA |
| 2/25/2021 | 11:03 AM | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: GNH | GAP |
| 2/25/2021 | 11:03 AM | DISP | CHARGE 01: ROBBERY 1ST/#CNTS: 001    (AR10) | GAP |
| 2/25/2021 | 11:03 AM | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 02/25/2021 | GAP |
| 2/25/2021 | 11:03 AM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 00    (AR10) | GAP |
| 2/25/2021 | 11:03 AM | D001 | ENFORCEMENT STATUS SET TO: "N"    (AR10) | GAP |
| 2/25/2021 | 11:03 AM | CH00 | DEFENDANT SENTENCED ON: 02/25/2021    (AR05) | GAP |
| 2/25/2021 | 11:03 AM | CH00 | PREL FEE PROVISION ORDERED BY THE COURT    (AR05) | GAP |
| 3/1/2021 | 10:44 AM | ESCAN | SCAN - FILED 3/1/2021 - MISC | SUW |
| 1/14/2022 | 9:53 AM | EMOT | C001-REVOKE BOND FILED. | WAL207 |
| 1/14/2022 | 10:24 AM | PRS2 | PROSECUTOR 2 ASSIGNED: WALKER LOUIS CAMP IV (AR26) | AJA |
| 1/14/2022 | 10:25 AM | EMOT | C001-REVOKE BOND /DOCKETED | CAF |
| 1/19/2022 | 12:19 PM | JEORDE | ORDER GENERATED FOR REVOKE BOND - RENDERED & ENTERED: 1/19/2022 12:19:37 PM - ORDER | JA |
| 1/19/2022 | 12:59 PM | DAT1 | SET FOR: REV BOND ON 01/27/2022 AT 0830A    (AR10) | CAF |
| 1/27/2022 | 3:16 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 1/27/2022 3:16:15 PM | JA |
| 1/28/2022 | 4:52 AM | DAT1 | SET FOR: REV BOND ON 02/24/2022 AT 0830A    (AR10) | KAP |

**ALABAMA SJIS INDEX SEARCH**

**Company Name: BRISKMAN LAW FIRM LLC**

**PREPARED FOR: Candice L Harper**

Search Criteria: Name: morris barron, SSN: None, County:02, Division: DC, DOB: None, Case Year: ALL, Filing Date: None

9 records.

| County | CaseNumber | Name | JID | Charge | Status | DOB | SEX | Race | CA date | CA code | SSN |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | DC20220003700 | MORRIS BARRON | GNH | INDECENT EXPOSURE | Jail | 11/3/2001 | M | B | 2/24/2022 | Guilty plea | XXX-XX-X521 |
| 02 | DC20220003710 | MORRIS BARRON | GNH | INDECENT EXPOSURE | Jail | 11/3/2001 | M | B | 2/24/2022 | Guilty plea | XXX-XX-X521 |
| 02 | DC20190084250 | MORRIS BARRON | GNH | ROBBERY 1ST | Jail | 11/3/2001 | M | B | 9/24/2019 | Waived to gj | XXX-XX-X521 |
| 02 | DC20200100340 | MORRIS BARRON MONTEZ | GNH | ASSAULT 2ND DEGREE | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC20200100350 | MORRIS BARRON MONTEZ | GNH | ASSAULT 2ND DEGREE | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC20200100360 | MORRIS BARRON MONTEZ | GNH | DISCHARGE GUN OCC BL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC20200100310 | MORRIS BARRON MONTEZ | GNH | MURDER - INTENTIONAL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC20200100320 | MORRIS BARRON MONTEZ | GNH | ROBBERY 1ST | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |
| 02 | DC20200100330 | MORRIS BARRON MONTEZ | GNH | DISCHARGE GUN OCC BL | Jail | 11/3/2001 | M | B | 2/25/2021 | Bound over gj | XXX-XX-X521 |

 *END OF THE REPORT*



# SHARLA KNOX

**DISTRICT CLERK**
**DISTRICT COURT, MOBILE COUNTY**
**MOBILE GOVERNMENT PLAZA**
**205 GOVERNMENT ST**
**MOBILE, AL 36644-2325**

*MICHELLE PATRONAS*
*SUPERVISOR*
*DISTRICT CRIMINAL/TRAFFIC*
*205 GOV'T STREET RM 338*
*MOBILE AL 36644-2338*
*(251)574-8511*

REQUEST FOR RECORD SEARCH/COPY REQUEST            DATE: _10-4-2024_

1.    List person's full name, date of birth, race/sex, social security number (and case number if known) for each person you are requesting a search ($10 charge for computerized record check per name).

_Barron Morris Jr. 11-3-2001 - M, B, X521_

_____

_____

2.  Documents requested? Please check below.  $5.00 for copies up to 20 pages.  .50 for each page over 20 pages.

X Case Action Summary (provides the disposition)

X Sworn affidavit, Executed Warrant, Copy of Bond (circle which document or check for all)

X Complete File

3.  Do you need certified copies?  If yes, specify which document needs certification.  $5.00 fee for each certified document.  (entire record certified will be $5.00 for certification)    _yes_

***THIS SECTION MUST BE COMPLETED TO PROCESS YOUR REQUEST***

Your name _Candice Harper_   Telephone Number _251-486-1298_

Address _150 Government St   Ste 1004_

City: _Mobile_         State: _al_     Zip: _36602_

Fees: Computerized records check **$10.00 per name**   Archived/records on microfilm-**$25.00**

Copies (up to 20 pages) **$5.00**   each page over 20 pages **.50 cents per page**   Each certification-**$5.00**

Fees must be paid in advance for all record searches.  A self-addressed, postage paid envelope must accompany your payment.  Please allow 2 weeks for processing.  The payment of fees does not guarantee results; the clerk shall not refund any payment for any reason pursuant to the authority of the ADC in ALA CODE 12-19-21, effective January 1, 2007.  The Circuit Clerk and employees of District Court Mobile County are not responsible for any errors in the information supplied and are not liable for any use or disclosure of said information.  This office only provides records for Mobile County District Court.

_see attach_

# ALABAMA SJIS CASE DETAIL



**PREPARED FOR: JEM**
10/4/2024 12:36:19 PM

County: **02**    Case Number: **DC-2020-010032.00**    Court Action: **BOUND OVER/PR CAUSE (DC**
Style: **STATE OF ALABAMA V. MORRIS BARRON MONTEZ**

Real Time

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 12/10/2020 | 2:49 PM | JUDG | ASSIGNED TO: (GNH) GEORGE N. HARDESTY, JR.  (AR01) | KIE |
| 12/10/2020 | 2:49 PM | FILE | FILED ON: 12/10/2020          (AR01) | KIE |
| 12/10/2020 | 2:49 PM | ARRS | DEFENDANT ARRESTED ON: 12/09/2020          (AR01) | KIE |
| 12/10/2020 | 2:50 PM | STAT | INITIAL STATUS SET TO: "J" - JAIL          (AR01) | KIE |
| 12/10/2020 | 2:50 PM | FILE | CHARGE 01: ROBBERY 1ST#CNTS: 001          (AR01) | KIE |
| 12/10/2020 | 2:50 PM | DAT1 | SET FOR: BOND HEARING ON 12/11/2020 AT 0830A(AR01) | KIE |
| 12/10/2020 | 2:50 PM | SCAN | CASE SCANNED STATUS SET TO: N | KIE |
| 12/10/2020 | 2:56 PM | MTMS | MITTIMUS PRINTED ON: 12/10/2020          (AR08) | KIE |
| 12/10/2020 | 2:59 PM | ESCAN | SCAN - FILED 12/10/2020 - COMPLETE FILE | KIE |
| 12/10/2020 | 2:59 PM | ESCAN | SCAN - FILED 12/10/2020 - COMPLETE FILE | KIE |
| 12/11/2020 | 11:04 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 12/11/2020 11:04:10 AM | JA |
| 12/11/2020 | 11:24 AM | DAT1 | SET FOR: ARRAIGNMENT ON 12/17/2020 AT 0830A (AR01) | MIE |
| 12/16/2020 | 4:20 PM | MTMS | MITTIMUS PRINTED ON: 12/16/2020          (AR08) | KIE |
| 12/17/2020 | 10:02 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 12/17/2020 10:02:54 AM | JA |
| 12/17/2020 | 10:16 AM | DAT1 | SET FOR: PREL HEARING ON 01/28/2021 AT 0830A(AR10) | GAP |
| 1/27/2021 | 3:35 PM | MTMS | MITTIMUS PRINTED ON: 01/27/2021          (AR08) | GAP |
| 1/28/2021 | 1:31 PM | ATY1 | ATTORNEY FOR DEFENDANT: PUBLIC DEFENDER'S OFFIC | AJA |
| 1/28/2021 | 1:33 PM | JEORDE | ORDER E-FILED - E-FILE ORDER - RENDERED & ENTERED: 1/28/2021 1:33:24 PM | JA |
| 1/28/2021 | 3:08 PM | DAT1 | SET FOR: PREL HEARING ON 02/25/2021 AT 0830A(AR10) | GAP |
| 2/1/2021 | 11:55 AM | ATY2 | ATTORNEY FOR DEFENDANT: CAMERON ASHLEY ELIZABET | AJA |
| 2/1/2021 | 11:57 AM | ENOTA | NOTICE OF APPEARANCE E-FILED | CAM057 |
| 2/20/2021 | 12:37 PM | EMOT | D001-EXTRAORDINARY EXPENSE FILED. | CAM057 |
| 2/22/2021 | 4:40 PM | JEORDE | ORDER GENERATED FOR EXTRAORDINARY EXPENSE - RENDERED & ENTERED: 2/22/2021 4:40:47 PM - ORDER | JA |
| 2/25/2021 | 7:55 AM | MTMS | MITTIMUS PRINTED ON: 02/25/2021          (AR08) | GAP |
| 2/25/2021 | 10:57 AM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/25/2021 10:57:58 AM | JA |
| 2/25/2021 | 11:03 AM | JEORDE | ORDER E-FILED - AMENDED ORDER - E-FILE ORDER - RENDERED & ENTERED: 2/25/2021 11:03:25 AM | JA |
| 2/25/2021 | 11:03 AM | DJID | DISPOSITION JUDGE ID CHANGED FROM:    TO: GNH | GAP |
| 2/25/2021 | 11:03 AM | DISP | CHARGE 01: ROBBERY 1ST#CNTS: 001          (AR10) | GAP |
| 2/25/2021 | 11:03 AM | DISP | CHARGE 01 DISPOSED BY: BOUND OVER ON: 02/25/2021 | GAP |
| 2/25/2021 | 11:03 AM | SENT | SENTENCE RECORD CREATED FOR CHARGE: 00    (AR10) | GAP |
| 2/25/2021 | 11:03 AM | D001 | ENFORCEMENT STATUS SET TO: "N"          (AR10) | GAP |
| 2/25/2021 | 11:03 AM | CH00 | DEFENDANT SENTENCED ON: 02/25/2021        (AR05) | GAP |
| 2/25/2021 | 11:03 AM | CH00 | PREL FEE PROVISION ORDERED BY THE COURT    (AR05) | GAP |
| 3/1/2021 | 10:44 AM | ESCAN | SCAN - FILED 3/1/2021 - MISC | SUW |
| 1/14/2022 | 9:53 AM | EMOT | C001-REVOKE BOND FILED. | WAL207 |
| 1/14/2022 | 10:24 AM | PRS2 | PROSECUTOR 2 ASSIGNED: WALKER LOUIS CAMP IV (AR26) | AJA |
| 1/14/2022 | 10:25 AM | EMOT | C001-REVOKE BOND /DOCKETED | CAF |
| 1/19/2022 | 12:19 PM | JEORDE | ORDER GENERATED FOR REVOKE BOND - RENDERED & ENTERED: 1/19/2022 12:19:37 PM - ORDER | JA |
| 1/19/2022 | 12:59 PM | DAT1 | SET FOR: REV BOND ON 01/27/2022 AT 0830A   (AR10) | CAF |
| 1/27/2022 | 3:16 PM | JEORDE | ORDER E-FILED - ORDER - E-FILE ORDER - RENDERED & ENTERED: 1/27/2022 3:16:15 PM | JA |
| 1/28/2022 | 4:52 AM | DAT1 | SET FOR: REV BOND ON 02/24/2022 AT 0830A   (AR10) | KAP |

