IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | CASE NO.: CR-23-169 |
| JOHN FITZGERALD MCCARROLL, | * | |
| Defendant. | | |

## NOTICE OF APPEAL

COMES NOW, the undersigned, by and on behalf of Defendant, John Fitzgerald McCarroll and files this his Notice of Appeal of conviction, sentencing, and issues related thereto.

Respectfully submitted,

*/s/ S. Joshua Briskman*
S. JOSHUA BRISKMAN (BRISS5912)
Attorney for Defendant

OF COUNSEL:

BRISKMAN LAW FIRM, LLC
150 Government Street, Suite 1004
Mobile, Alabama 36602
T: 251-486-1298
jbriskman@briskmanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 11th day of April 2025 electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification to all parties to this proceeding.

*/s/ S. Joshua Briskman*
S. JOSHUA BRISKMAN

1