FILED - USDC ALSD
JUN 16 '25 PM 1:50

Hello,   June 9, 2025

23-cr-169-TFM

I, am John McCarroll, -77324-510 and I have finally made it to the prison where they are housing me at here in Louisiana. An I am trying to start working on my case, so I can try getting Home as soon as possible. But in order for me to do so could you please send me these four (4) Documents in order for me to pursuant my case. I need my Docket Sheet, Judgement In Criminal Case, Plea Agreement, and Sentencing Transcript Please.

Thanks,
John McCarroll

John M[...]
U.S.P Pollock
P.O. Box 2099
Pollock, LA. 71467

SHREVEPORT LA 710
13 JUN 2025 AM 3 L



United States District C[ourt]
Southern District of Al[abama]
Clerk
155 ST. Joseph Stree[t]
Mobile, AL, 36602